**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AzBar 026082, CalBar 242728
strojnik@skplaw.com

*Attorney for Plaintiff William H. Jensen*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM H. JENSEN, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF FLAGSTAFF, an Arizona municipal corporation,<br><br>Defendants. | NO. 3:12-cv-8017-PCT-MHB<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT** |

Plaintiff William H. Jensen hereby gives notice that he accepts Defendant City of Flagstaff's Rule 68 Offer of Judgment dated April 16, 2012. A true and correct copy of Defendant's Offer is attached as Exhibit 1.

DATED this 22nd day of April, 2012.

Peter Kristofer Strojnik (026082)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
*Attorney for Plaintiff William H. Jensen*

-1-

Original of the foregoing mailed
this 22nd day of April, 2012, to:

Gordon Lewis, Esq.
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

_____

# EXHIBIT 1

Gordon Lewis, Bar #015162
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7897
glewis@jshfirm.com

Attorneys for Defendant City of Flagstaff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| William H. Jensen, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>The City of Flagstaff, an Arizona municipal corporation,<br><br>Defendant. | NO. CV-12-8017-PCT-MHB<br><br>**DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF** |

Defendant City of Flagstaff, by and through undersigned counsel, pursuant to Rule 68, Federal Rules of Civil Procedure, hereby offer judgment to be taken against it in this matter by Plaintiff, in the total amount of ONE HUNDRED FIFTY THOUSAND AND NO/100 ($150,000.00) DOLLARS, plus costs then accrued to date including reasonable attorneys fees incurred to date with said reasonableness to be determined by the Court.

This Offer is made solely for the purpose as specified in Rule 68, and is not to be construed either as an admission that Defendant City of Flagstaff is liable in this action or any other action arising out of any injuries or damages allegedly sustained by Plaintiff in this lawsuit. Further, this Offer is not to be used in any other action as evidence of an admission of fault, for *res judicata*, issue preclusion, and/or collateral estoppel purposes for any and all actions and/or claims made arising out of the incident which is the subject of this lawsuit.

2824414.1
4/16/12

This Offer will expire upon the time period set forth in Rule 68, Federal Rules of Civil Procedure.

DATED this 16th day of April, 2012.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Gordon Lewis
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendant City of Flagstaff

ORIGINAL mailed this
16th day of April, 2012, to:

Peter K. Strojnik, Esq.
THE STROJNIK FIRM, L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ 85016
Attorneys for Plaintiff

_____