**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| William H. Jensen,   ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff,   ) | CV-12-8017-PCT-MHB |
| ) | |
| v.   ) | |
| ) | |
| The City of Flagstaff,   ) | |
| ) | |
| Defendants.   ) | |

   Pursuant to the Notice of Acceptance of Offer of Judgment filed April 27, 2012, judgment is hereby entered for Plaintiff and against Defendant in the total amount of $150,000.00.

   JUDGMENT ENTERED this 9 day of May, 2012.

                                                   BRIAN D. KARTH
                                                   District Court Executive/Clerk

                                                   s/L. Dixon
                                                 By: Deputy Clerk

cc: (all counsel)