**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AzBar 026082, CalBar 242728
strojnik@skplaw.com

*Attorney for Plaintiff William H. Jensen*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM H. JENSEN, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF FLAGSTAFF, an Arizona municipal corporation,<br><br>Defendants. | NO. 3:12-cv-8017-PCT-MHB<br><br>**DECLARATION OF PETER K. STROJNIK IN SUPPORT OF PLAINTIFF'S BILL OF COSTS** |

I, Peter Kristofer Strojnik, declare the following to be true and correct under the penalty of perjury under the laws of the State of Arizona.

1.   I am an adult resident of the State of Arizona. I am competent to testify as to all of the facts set forth herein and will so testify if called upon to do so. I have personal knowledge of the matters set forth herein, based upon my observations and personal participation in the events described below.

-1-

2. I am an attorney licensed to practice law in all federal and state courts in the States of Arizona and California. I am currently serving as counsel of record for Plaintiff William H. Jensen in the matter above captioned.

3. I make this Declaration in support of Plaintiff's Bill of Costs, which requests $440.00 in taxable costs.

4. I have reviewed Plaintiff's Bill of Costs in detail and verify the accuracy thereof. Plaintiff has incurred taxable costs in this matter in the amount of $440.00.

5. Plaintiff requests taxable costs in the Bill of Costs pursuant to 28 U.S.C. § 1920, which includes the amount of $350.00 for the filing fee of the Complaint in this action and $90.00 for service of process. These costs were necessarily incurred and paid because a Complaint is necessary to initiate this action and service of the summons and Complaint is procedurally necessary to notice Defendant of the lawsuit.

6. Proof of the obligation to pay and proof of payment of the filing fee can be viewed at Doc. 3 in this action.

7. Proof of the obligation to pay and proof of payment of the service of process fee can be viewed in Addendum A below, which is incorporated into this Declaration.

8. I certify and verify the above is true and correct under penalty of perjury.

Further the Declarant sayeth naught.

DATED this 9th day of May, 2012.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik

# ADDENDUM A

**Northern Arizona Investigations**
P.O. BOX 1326
FLAGSTAFF, AZ 86002
(928) 779-2823
Federal Tax ID #: 86-0643127

# Invoice

| DATE | INVOICE # |
|---|---|
| 02/01/2012 | 1202116 |

| BILL TO | Case No./Cause |
|---|---|
| THE STROJNIK FIRM L.L.C.<br>2415 EAST CAMELBACK ROAD, Esplanade Center III, Suite 700<br>PHOENIX, ARIZONA 85016<br>(602) 510-9409 | Job # 12-01-0183<br>3:12-CV-08017-MHB<br>WILLIAM H. JENSEN vs CITY OF FLAGSTAFF<br><br>Client Reference: |

| DUE DATE |
|---|
| 15 days |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| CITY OF FLAGSTAFF on 1/30/2012 at 2:35:00 PM | SUMMONS IN A CIVIL ACTION AND COMPLAINT<br>Document Prep<br>Mileage<br>Rush | $21.00<br>$13.00<br>$21.00<br>$35.00 |

| | |
|---|---|
| TOTAL | $90.00 |
| Amount Received | $90.00 |
| Balance Due | $0.00 |

## We Appreciate Your Business!

-3-