Print | Close Window

Subject: Good Faith Attempt to Resolve Attorneys' Fees Issue
From: strojnik@skplaw.com
Date: Sun, Apr 29, 2012 11:45 am
To: "GORDON LEWIS" <glewis@jshfirm.com>
Cc: strojnik@skplaw.com
Attach: sigimg1

Dear Mr. Lewis,

Pursuant to LRCiv 54.2, I write to inquire whether you are amenable to discuss resolution of the attorneys' fees issue. You had previously indicated you desired this avenue. For your information, my fee agreement with Bill Jensen is 40% and my Firm is due $60,000.00. The approximate fees are $28,350.00 at $350/hr. multiplied by 81.00 hours. Please advise if you would like to discuss. Thank you.

Cordially Yours,

Peter Strojnik

Peter Kristofer Strojnik, Esq.
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Tel. 602.510.9409
Phoenix Fax. 602.264.1441

# THE STROJNIK FIRM LLC

http://www.skplaw.com
Commercial Litigation & Employment Law

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Copyright © 2003-2012. All rights reserved.