**GORDON LEWIS**
TELEPHONE: (602) 263-7341
FAX: (602) 200-7897
E-MAIL: GLEWIS@JSHFIRM.COM



JONES, SKELTON & HOCHULI, P.L.C.

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 651-7599
WWW.JSHFIRM.COM

May 3, 2012

Peter K. Strojnik
The Strojnik Firm, LLC
3030 N. Central Avenue, Suite 1401
Phoenix, AZ 85012-2720
strojnik@skplaw.com

   Re: William Jensen v. City of Flagstaff
     FOR SETTLEMENT PURPOSES ONLY

Dear Mr. Strojnik:

  I have conferred with my clients regarding the information you provided relating to the attorney fee award. Given the rapid resolution of this case after the commencement of your lawsuit, we believe it is unlikely that the time, rate and contingent fee contained in your April 29, 2012 correspondence can be justified.

  My client is willing to resolve the attorney fee portion of this matter for the sum of $15,000, which would represent 50 hours of time at a $300 per hour rate.[1] I believe that $15,000 would more than appropriately account for the time and effort that you expended in bringing the case to a resolution, given the significant participation of the EEOC in the investigation and negotiation of this matter.

  I look forward to your prompt response.

             Very truly yours,

             Gordon Lewis
             For the Firm

GL/ssm

---

[1] The $300/hr rate and 50 hours of time are for illustration purposes only and are not an admission or acknowledgement that such a rate and/or number of hours expended would be reasonable in this matter.

2844052.1