Print | Close Window

**Subject:** RE: Good Faith Attempt to Resolve Attorneys' Fees Issue
**From:** strojnik@skplaw.com
**Date:** Thu, May 03, 2012 7:30 pm
**To:** "GORDON LEWIS" <glewis@jshfirm.com>
**Cc:** strojnik@skplaw.com
**Attach:** sigimg1
sigimg1
draft Motion Vacate.doc

Dear Mr. Lewis,

My client accepts contingent on the City's agreement to satisfy the anticipated Judgment, $15,000 in fees and anticipated $440 in taxable costs within ten (10) calendar days of the entry of Judgment.

We should address a few housekeeping details. *First*, we should file a Motion to Vacate next Friday's scheduling conference. Please see attached draft Motion and kindly advise whether you object. *Second*, how do you want to proceed on finalizing the fees issue with the Court? We could file a Stipulation. If you are fine with that idea, perhaps you could draft one. *Third*, when satisfying the Judgment, fees and costs, kindly make the check(s) payable to The Strojnik Firm LLC IOLTA and William H. Jensen. My Firm's EIN is 27-1711648.

Please let me know at your convenience. Thank you.

Cordially Yours,

Peter Strojnik

Peter Kristofer Strojnik, Esq.
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Tel. 602.510.9409
Phoenix Fax. 602.264.1441

# THE STROJNIK FIRM LLC

http://www.skplaw.com
Commercial Litigation & Employment Law

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

-------- Original Message --------
Subject: RE: Good Faith Attempt to Resolve Attorneys' Fees Issue
From: "GORDON LEWIS" <glewis@jshfirm.com>
Date: Thu, May 03, 2012 4:40 pm
To: <strojnik@skplaw.com>

Dear Mr. Strojnik,

Please see attached.

Very truly yours,

Gordon Lewis

Gordon Lewis
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
602-263-7341 (phone)
602-200-7897 (fax)
glewis@jshfirm.com

---

**From:** strojnik@skplaw.com [mailto:strojnik@skplaw.com]
**Sent:** Sunday, April 29, 2012 11:45 AM
**To:** GORDON LEWIS
**Cc:** strojnik@skplaw.com
**Subject:** Good Faith Attempt to Resolve Attorneys' Fees Issue

Dear Mr. Lewis,

Pursuant to LRCiv 54.2, I write to inquire whether you are amenable to discuss resolution of the attorneys' fees issue. You had previously indicated you desired this avenue. For your information, my fee agreement with Bill Jensen is 40% and my Firm is due $60,000.00. The approximate fees are $28,350.00 at $350/hr. multiplied by 81.00 hours. Please advise if you would like to discuss. Thank you.

Cordially Yours,

Peter Strojnik

Peter Kristofer Strojnik, Esq.
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Tel. 602.510.9409
Phoenix Fax. 602.264.1441

# THE STROJNIK FIRM LLC

http://www.skplaw.com
Commercial Litigation & Employment Law

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you

are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. mc

Copyright © 2003-2012. All rights reserved.