Print | Close Window

**Subject:** Joint Stip re Fees
**From:** strojnik@skplaw.com
**Date:** Wed, May 09, 2012 2:23 pm
**To:** "GORDON LEWIS" <glewis@jshfirm.com>
**Attach:** sigimg1
Jensen_City Joint Stip RE Fees.doc

Dear Mr. Lewis,

Pursuant to our agreement on fees, attached please find a Joint Stipulation requesting fees in the amount of $15,000.00. Kindly advise if I have your permission to sign so I can file. I'd like to get this wrapped up asap so we can move on to other things. PS, I am in NorCal all week on another matter, but I am available via e-mail and telephone if you wish to speak although my response time may be a little slower. Thank you.

Cordially Yours,

Peter Strojnik

Peter Kristofer Strojnik, Esq.
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Tel. 602.510.9409
Phoenix Fax. 602.532.7572

# THE STROJNIK FIRM LLC

http://www.skplaw.com
Commercial Litigation & Employment Law

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Copyright © 2003-2012. All rights reserved.

# THE STROJNIK FIRM L.L.C.
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AzBar 026082, CalBar 242728
strojnik@skplaw.com

*Attorney for Plaintiff William H. Jensen*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM H. JENSEN, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF FLAGSTAFF, an Arizona municipal corporation,<br><br>Defendants. | NO. 3:12-cv-8017-PCT-MHB<br><br>**JOINT STIPULATION TO AWARD PLAINTIFF REASONABLE ATTORNEYS' FEES** |

Plaintiff William H. Jensen and Defendant City of Flagstaff, by and through their undersigned counsel, hereby stipulate and jointly move the Court for an Order awarding Plaintiff reasonable attorneys' fees in the amount of $15,000.00. On April 16, 2012, Defendant served Plaintiff with an Offer of Judgment offering a sum certain and *reasonable attorneys' fees to be determined by the Court*. [Doc. 20]. Plaintiff served and filed a Notice of Acceptance of the Offer of Judgment. Id. Pursuant to LRCiv. 54.2(d)(1), Plaintiff engaged Defendant in a good faith effort to resolve the issue of Plaintiff's reasonable attorneys' fees.

-1-

Defendant was receptive. The Parties conferred and agreed that Plaintiff's reasonable attorneys' fees are $15,000.00.

WHEREFORE, the Parties respectfully request an award of reasonable attorneys' fees for Plaintiff William H. Jensen in the amount of $15,000.00. For the Court's convenience, a proposed form of Order is attached.

RESPECTFULLY SUBMITTED this 10th day of May, 2012.

/s/ Peter K. Strojnik
Peter Kristofer Strojnik (026082)
strojnik@skplaw.com
THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602 510 9409 (tel)
602 532 7572 (fax)

**Attorney for Plaintiff William H. Jensen**

Gordon Lewis
JONES SKELTON & HOCHULI PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

**Attorney for Defendant City of Flagstaff**