Print | Close Window

**Subject:** Jensen v. City; Motion to Enforce Agreement on Fees
**From:** strojnik@skplaw.com
**Date:** Thu, May 10, 2012 8:43 pm
**To:** "GORDON LEWIS" <glewis@jshfirm.com>
**Cc:** "Bill Jensen" <wjwhj@yahoo.com>, strojnik@skplaw.com
**Attach:** sigimg1

Dear Mr. Lewis,

I write this e-mail with a heavy heart. But with due respect, to say your communication in this action has been lacking would be a vast understatement. I am unaware of whether you are sick, whether your client cannot be contacted, or whether you are on vacation. I have called you multiple times, and we have never spoken. Accordingly, please understand this e-mail is necessary.

A Motion to Enforce our agreement of $15,000.00 in fees will be filed on May 22, 2012. I am also saddened to advise my client will begin enforcement of the Judgment on May 28, 2012.

**Motion to Enforce**

The City offered $150,000 plus reasonable attorneys' fees to be determined by the Court. My client accepted. Pursuant to Mr. Jensen's obligation pursuant to LRCiv 54.2, we sought to resolve the fees issue with you. Your client offered $15,000.00. My client accepted. Your client thereafter attempted to condition the payment of the agreed upon fees on a *settlement agreement of the entire action*, which amounts to additional consideration never discussed. My client has a Judgment and a settlement agreement is not necessary just like a settlement agreement is not necessary after obtaining a judgment after a jury verdict. I communicated to you that my client will not sign a settlement agreement, and I sent you a Stipulation on the fees issue. You have been silent for a week now despite my repeated e-mails and voicemail. The only reasonable conclusion to which I can arrive is that your client does not intend to honor its agreement on fees unless they compel my client to sign a settlement agreement. This is not dissimilar to the illegal Severance Agreement the City presented to Mr. Jensen before my involvement. Be advised I will be filing a Motion to Enforce our private agreement on fees for $15,000.00 and asking the Court for sanctions on May 22, 2012 if prior thereto a stipulation is not filed accurately reflecting the fees terms. All e-mails, including this e-mail, and your offer will be attached as exhibits. There is no reason for delay on filing a Stipulation.

**Enforcement**

A judgment has been entered on the docket, and you have been silent on when the City will satisfy despite my inquiry. Be advised we will begin enforcement on Monday, May 28, 2012 if the City does not deliver a check to my office in the amount of $150,000, made payable to my IOLTA and Mr. Jensen, not later than Friday, May 25, 2012. The Offer was accepted nearly a month ago. What is the delay?

Send me any changes you have on the draft Stipulation and let's wrap this up. There is no reason for delay. As always, I am available for a phone call if you wish to discuss. My telephone number is 602-510-9409.

Cordially Yours,

Peter Strojnik

Peter Kristofer Strojnik, Esq.
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Tel. 602.510.9409
Phoenix Fax. 602.532.7572

# THE STROJNIK FIRM LLC

http://www.skplaw.com
Commercial Litigation & Employment Law

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Copyright © 2003-2012. All rights reserved.