

GORDON LEWIS
TELEPHONE: (602) 263-7341
FAX: (602) 200-7897
E-MAIL: GLEWIS@JSHFIRM.COM

JONES, SKELTON & HOCHULI, P.L.C.

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 651-7599
WWW.JSHFIRM.COM

May 11, 2012

Peter K. Strojnik
The Strojnik Firm, LLC
3030 N. Central Avenue, Suite 1401
Phoenix, AZ 85012-2720
strojnik@skplaw.com

    Re: William Jensen v. City of Flagstaff
      FOR SETTLEMENT PURPOSES ONLY

Dear Mr. Strojnik:

    With respect to the judgment that has been entered against the City, the City will likely satisfy the judgment in the coming week. Because judgment was entered on behalf of Plaintiff, the check to satisfy the judgment will be made out to the Plaintiff alone.

    With respect to the agreement relating to fees, that is a settlement agreement -- not a judgment. Please draft a settlement agreement relating to the terms of our fee discussion, and I will review it for approval.

    I did suggest that we create a settlement agreement that would encompass all of the payments due in connection with resolving the case. But at no time did I suggest the City would agree to informally resolve the attorney fee issue by way of a stipulated judgment with the court. Certainly, within the context of a settlement agreement, the check for the attorney fee portion of this matter can be made out in whatever manner you desire.

    I look forward to receiving a draft settlement agreement on the attorney fee issue. I understand that you are out of town today, but if you believe we need to speak regarding this issue I'm available either Monday or Tuesday for a conversation.

            Very truly yours,

            Gordon Lewis
            For the Firm

GL/ssm

2850251.1