Print | Close Window

**Subject:** RE: Jensen v. City; Motion to Enforce Agreement on Fees - FOR SETTLEMENT PURPOSES ONLY
**From:** strojnik@skplaw.com
**Date:** Fri, May 11, 2012 6:28 pm
**To:** "GORDON LEWIS" <glewis@jshfirm.com>
**Bcc:** strojnik@skplaw.com
**Attach:** sigimg1
sigimg1
Jensen_City Settlement on Attorneys Fees.doc
Jensen_City Settlement on Attorneys Fees.doc

Dear Mr. Lewis,

I am happy the City backed off their prior position. A writing memorializing the agreement as to fees is fine although I'm unsure what that adds over a Stipulation. Attached is a brief writing reciting our agreement on fees without more. Please review and make your redlines, if any.

PS, thank you for confirming the City's intent to satisfy the Judgment in the coming week. Writing the check to Mr. Jensen is procedurally fine, but you know I have an interest and therefore requested my Firm's IOLTA be included. I asked and ask that you include the IOLTA as a professional courtesy.

Cordially Yours,

Peter Strojnik

Peter Kristofer Strojnik, Esq.
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Tel. 602.510.9409
Phoenix Fax. 602.532.7572

# THE STROJNIK FIRM LLC

http://www.skplaw.com
Commercial Litigation & Employment Law

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

-------- Original Message --------
Subject: RE: Jensen v. City; Motion to Enforce Agreement on Fees - FOR SETTLEMENT PURPOSES ONLY
From: "GORDON LEWIS" <glewis@jshfirm.com>
Date: Fri, May 11, 2012 1:25 pm
To: <strojnik@skplaw.com>

Dear Mr. Strojnik,

Please see attached.

Very truly yours,

Gordon Lewis

Gordon Lewis
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
602-263-7341 (phone)
602-200-7897 (fax)
glewis@jshfirm.com

---

**From:** strojnik@skplaw.com [mailto:strojnik@skplaw.com]
**Sent:** Thursday, May 10, 2012 8:43 PM
**To:** GORDON LEWIS
**Cc:** Bill Jensen; strojnik@skplaw.com
**Subject:** Jensen v. City; Motion to Enforce Agreement on Fees

Dear Mr. Lewis,

I write this e-mail with a heavy heart. But with due respect, to say your communication in this action has been lacking would be a vast understatement. I am unaware of whether you are sick, whether your client cannot be contacted, or whether you are on vacation. I have called you multiple times, and we have never spoken. Accordingly, please understand this e-mail is necessary.

A Motion to Enforce our agreement of $15,000.00 in fees will be filed on May 22, 2012. I am also saddened to advise my client will begin enforcement of the Judgment on May 28, 2012.

**Motion to Enforce**

The City offered $150,000 plus reasonable attorneys' fees to be determined by the Court. My client accepted. Pursuant to Mr. Jensen's obligation pursuant to LRCiv 54.2, we sought to resolve the fees issue with you. Your client offered $15,000.00. My client accepted. Your client thereafter attempted to condition the payment of the agreed upon fees on a *settlement agreement of the entire action, which amounts to additional consideration never discussed*. My client has a Judgment and a settlement agreement is not necessary just like a settlement agreement is not necessary after obtaining a judgment after a jury verdict. I communicated to you that my client will not sign a settlement agreement, and I sent you a Stipulation on the fees issue. You have been silent for a week now despite my repeated e-mails and voicemail. The only reasonable conclusion to which I can arrive is that your client does not intend to honor its agreement on fees unless they compel my client to sign a settlement agreement. This is not dissimilar to the illegal Severance Agreement the City presented to Mr. Jensen before my involvement. Be advised I will be filing a Motion to Enforce our private agreement on fees for $15,000.00 and asking the Court for sanctions on May 22, 2012 if prior thereto a stipulation is not filed accurately reflecting the fees terms. All e-mails, including this e-mail, and your offer will be attached as exhibits. There is no reason for delay on filing a Stipulation.

**Enforcement**

A judgment has been entered on the docket, and you have been silent on when the City will satisfy despite my inquiry. Be advised we will begin enforcement on Monday, May 28, 2012 if the City does not deliver a check to my office in the amount of $150,000, made payable to my IOLTA and Mr. Jensen, not later than Friday, May 25, 2012. The Offer was accepted nearly a month ago. What is the delay?

Send me any changes you have on the draft Stipulation and let's wrap this up. There is no reason for delay.

As always, I am available for a phone call if you wish to discuss. My telephone number is 602-510-9409.

Cordially Yours,

Peter Strojnik

Peter Kristofer Strojnik, Esq.
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Tel. 602.510.9409
Phoenix Fax. 602.532.7572

# THE STROJNIK FIRM LLC

http://www.skplaw.com
Commercial Litigation & Employment Law

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. mc

Copyright © 2003-2012. All rights reserved.

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement") is entered into this ___ day of May, 2012, by and between William H. Jensen ("Jensen") and the City of Flagstaff ("City"), who are collectively referred to as "the Parties."

## RECITALS

A.  Jensen filed a lawsuit against the City in the United States District Court (Arizona) in Cause No. 3:12-cv-8017 (the "Litigation"). The City offered Judgment in amount of $150,000.00 plus reasonable attorneys' fees to be determined by the Court.

B.  The Parties compromised the amount of reasonable attorneys' fees in the amount of $15,000.00. This compromise does not reflect Jensen's actual fees.

C.  With this Agreement, the Parties wish to memorialize the Parties compromise on Jensen's attorneys' fees.

## AGREEMENTS

In the context of these recitals, which are incorporated herein by this reference, and in consideration of the agreements of one another, the Parties agree:

1.  Jensen agrees not to file a Motion for an Award of Attorneys' Fees in the Litigation requesting his attorney's actual fees incurred. In consideration, the City agrees to pay Jensen $15,000.00 representing Jensen's reasonable attorneys' fees as contemplated by the Offer of Judgment in the Litigation. Not later than ten calendar days following Jensen's execution of this Agreement, the City shall deliver two checks to Jensen care of his counsel: (1) the first check shall be made payable to Jensen in the amount of $12,750.00; (2) the second check shall be made payable to The Strojnik Firm LLC IOLTA, Jensen's counsel, in the amount of $2,250.00.

2.  This Agreement is effective if executed in counterparts, via facsimile, or via PDF signatures, or any combination of the foregoing. A photocopy, PDF or facsimile version of this Agreement has the same force and effect as the original of this Agreement, if any.

_____         _____
Dated                                  William H. Jensen


_____         _____
Dated                                  Authorized Representative
                                       City of Flagstaff

3751412v1(61465.1)