Print | Close Window

**Subject:** Fees Agreement
**From:** strojnik@skplaw.com
**Date:** Tue, May 15, 2012 10:56 pm
**To:** "GORDON LEWIS" <glewis@jshfirm.com>
**Attach:** sigimg1

Dear Mr. Lewis,

What is the status on finalizing and satisfying? I hate to be a bother, but I haven't heard from you since we last spoke on Friday. Thanks, Gordon.

Cordially Yours,

Peter Strojnik

Peter Kristofer Strojnik, Esq.
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Phoenix Tel. 602.510.9409
Phoenix Fax. 602.532.7572

# THE STROJNIK FIRM LLC

http://www.skplaw.com
Commercial Litigation & Employment Law

**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

Copyright © 2003-2012. All rights reserved.