IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM H. JENSEN, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF FLAGSTAFF, an Arizona municipal corporation,<br><br>Defendants. | NO. 3:12-cv-8017-PCT-MHB<br><br>**[PROPOSED] ORDER** |

Upon Motion and good cause shown,

IT IS HEREBY ORDERED that this action is reopened and Plaintiff is awarded $15,000.00 in reasonable attorneys' fees as the prevailing party and pursuant to the agreement of the Parties.

DATED this _____ day of _____, 2012.

_____
Magistrate Judge of the U.S. District Court

-1-