Gordon Lewis, Bar #015162
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Fax:  (602) 200-7897
glewis@jshfirm.com

Attorneys for Defendant City of Flagstaff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| William H. Jensen, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>The City of Flagstaff, an Arizona municipal corporation,<br><br>Defendant. | NO. CV-12-8017-PCT-MHB<br><br>**SATISFACTION OF JUDGMENT** |

Defendant City of Flagstaff, through counsel undersigned, hereby advise the Court that on May 18, 2012, the Judgment in favor of Plaintiff and against Defendant City of Flagstaff entered herein on May 9, 2012 has been satisfied.

RESPECTFULLY SUBMITTED this 18th day of May, 2012.

JONES, SKELTON & HOCHULI, P.L.C.


By   s/  Gordon Lewis
    Gordon Lewis
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012
    Attorneys for Defendant City of Flagstaff

2854817.1
5/18/12

1  ORIGINAL electronically filed
   this 18th day of May, 2012.
2
   COPY mailed/e-mailed
3  this 18th day of May, 2012, to:

4  Peter K. Strojnik, Esq.
   THE STROJNIK FIRM, L.L.C.
5  Esplanade Center III, Suite 700
   2415 East Camelback Road
6  Phoenix, AZ  85016
   Attorneys for Plaintiff
7
     s/  Shea Morris
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28