**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AzBar 026082, CalBar 242728
strojnik@skplaw.com

*Attorney for Plaintiff William H. Jensen*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM H. JENSEN, a married man dealing with his sole and separate claim, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY OF FLAGSTAFF, an Arizona municipal corporation, <br><br> Defendants. | NO. 3:12-cv-8017-PCT-MHB <br><br> **NOTICE THAT DOC. 25 IS NOT MOOT** <br><br> *and* <br><br> **REQUEST FOR ORDER AWARDING PLAINTIFF $15,000.00 IN ATTORNEYS' FEES** |

With the utmost humility and respect to this honorable Court, Plaintiff hereby gives notice that Defendant's satisfaction of Judgment does not make Plaintiff's Doc. 25 Motion to Reopen Case and to Enforce Agreement on Attorneys Fees moot [doc. 28] because the Judgment did not reflect or provide for the Rule 68 Offer's provision for an award of reasonable attorneys' fees. Even though Plaintiff accepted Defendant's Rule 68 Offer of $150,000.00 *plus reasonable attorneys' fees*, the Judgment did not provide for an award of fees because the Rule 68 Offer did not quantify the amount of fees and left the issue for the Court.

Pursuant to LRCiv. 54.2(d)(1), the Parties conferred and agreed to quantify the amount of fees in the amount of $15,000.00. Accordingly, satisfaction of the Judgment has no bearing on whether Defendant has fulfilled its obligation to pay Plaintiff $15,000.00 in reasonable attorneys' fees. Plaintiff's Doc. 25 Motion asks the Court to issue an Order awarding the agreed amount of reasonable attorneys' fees in the amount of $15,000.00.

WHEREFORE, Plaintiff respectfully requests the Court issue an Order awarding Plaintiff $15,000.00 in attorneys' fees for the reasons set forth herein and in Doc. 25. Defendant still has made no effort to pay the $15,000.00 in attorneys' fees.

RESPECTFULLY SUBMITTED this 24th day of May, 2012.

> */s/ Peter Kristofer Strojnik*
> Peter Kristofer Strojnik (026082)
> strojnik@skplaw.com
> THE STROJNIK FIRM L.L.C.
> Esplanade Center III, Suite 700
> 2415 East Camelback Road
> Phoenix, Arizona 85016
> 602 510 9409 (tel)
> 602 532 7572 (fax)
>
> ***Attorney for Plaintiff William H. Jensen***