IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| William H. Jensen, | ) | NO. CV-12-08017-PCT-MHB |
| | ) | |
| Plaintiff, | ) | **JUDGMENT ON TAXATION OF COSTS** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Flagstaff, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Final judgment having been entered, plaintiff filed a Bill of Costs on May 9, 2012 seeking the taxation of $440.00.   No objection was filed.  The matter has been reviewed and all costs have been awarded.

The costs are hereby taxed for the plaintiff in the amount of $440.00.

DATED this 4th day of June, 2012.

BRIAN D. KARTH, CLERK

By: _Michael O'Brien_

Michael O'Brien
Chief Deputy Clerk