Gordon Lewis, Bar #015162
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7897
glewis@jshfirm.com

Attorneys for Defendant City of Flagstaff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| William H. Jensen, a married man dealing with his sole and separate claim,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>The City of Flagstaff, an Arizona municipal corporation,<br><br>　　　　　　　　　　　　Defendant. | NO. CV-12-8017-PCT-MHB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO RE-OPEN CASE TO ENFORCE AGREEMENT ON ATTORNEYS' FEES** |

The undersigned parties stipulate and agree that the time for the City to respond to Plaintiff's Motion to Re-Open Case to Enforce Agreement on Attorneys' Fees may be extended from June 14, 2012 to and including June 25, 2012. The parties so stipulate so that the parties may complete their agreement regarding this matter prior to filing further pleadings in this case.

///

///

///

///

///

///

///

2874570.1
6/12/12

1  RESPECTFULLY SUBMITTED this 12th day of June, 2012.

2             THE STROJNIK FIRM, L.L.C.

3

4             By  s/  Peter K. Strojnik (*with permission*)
             Peter K. Strojnik
5              2415 E. Camelback Road
             Phoenix, AZ  85016
6              Attorneys for Plaintiff

7            JONES, SKELTON & HOCHULI, P.L.C.

8

9            By  s/  Gordon Lewis
             Gordon Lewis
10             2901 North Central Avenue, Suite 800
             Phoenix, Arizona  85012
11             Attorneys for Defendant

12

13  ORIGINAL electronically filed this 12th day of June, 2012.

14

15   s/  Shea Morris

16

17

18

19

20

21

22

23

24

25

26

27

28

2874570.1
6/12/12

2