Gordon Lewis, Bar #015162
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7897
glewis@jshfirm.com

Attorneys for Defendant City of Flagstaff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| William H. Jensen, a married man dealing with his sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>The City of Flagstaff, an Arizona municipal corporation,<br><br>Defendant. | NO. CV-12-8017-PCT-MHB<br><br>**STIPULATION TO WITHDRAW MOTION TO RE-OPEN** |

The undersigned parties hereby agree and stipulate that Plaintiff's Motion to Re-Open Case and Enforce Agreement on Attorneys Fees may be withdrawn as moot.

RESPECTFULLY SUBMITTED this 19th day of June, 2012.

THE STROJNIK FIRM, L.L.C.

By  s/ Peter K. Strojnik (*with permission*)
    Peter K. Strojnik
    2415 E. Camelback Road
    Phoenix, AZ 85016
    Attorneys for Plaintiff

2881454.1
6/19/12

| | |
|---|---|
| 1 | |
| 2 | JONES, SKELTON & HOCHULI, P.L.C. |
| 3 | |
| 4 | By  s/ Gordon Lewis |
|   | Gordon Lewis |
| 5 | 2901 North Central Avenue, Suite 800 |
|   | Phoenix, Arizona  85012 |
| 6 | Attorneys for Defendant |

7  ORIGINAL electronically filed
   this 19th day of June, 2012.
8

9   s/ Shea Morris

10

...

28

2881454.1
6/19/12

2